**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CERVECERÍA MODELO DE MÉXICO, S. DE R.L. DE C.V.,<br><br>Plaintiff,<br><br>vs.<br><br>CB BRAND STRATEGIES, LLC, CROWN IMPORTS LLC, and COMPAÑÍA CERVECERA DE COAHUILA, S. DE R.L. DE C.V.,<br><br>Defendants. | Case No.: 1:21-cv-01317-LAK<br><br>ECF Case |

### DECLARATION OF SARA S. TATUM IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Sara S. Tatum, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am an associate with the law firm of Kirkland & Ellis LLP. My firm represents Defendants CB Brand Strategies, LLC; Crown Imports LLC; and Compañía Cervecera de Coahuila, S. de R.L. de C.V. (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Reply in Support of Defendants' Motion to Dismiss. I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

1. Attached hereto as Exhibit 1 is a true and correct copy of the Signed Order for *Ira Nachem v. Property Markets Group, Inc., et al.*, Index No. 603145/07 (N.Y. Sup. Crt.), dated August 4, 2010.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Corona Hard Seltzer Webpage, https://coronausa.com/pages/corona-seltzer, last viewed on June 5, 2021.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Alcohol and Tobacco Tax and Trade Bureau's *Modernization of the Labeling and Advertising Regulations for Wine, Distilled Spirits, and Malt Beverages*, dated April 2, 2020.

4. Attached hereto as Exhibit 4 is a true and correct copy of FactSet CallStreet, LLC's, *Corrected Transcript of Constellation Brands, Inc. Q4 2020 Earnings Call*, dated April 3, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 7, 2021
New York, New York

Sara S. Tatum