UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CERVICERIA MODELO MEXICO S. de R.L. de C.V.,

                    Plaintiff,

        -against-

                                                    21-cv-1317 (LAK)

CB BRAND STRATEGIES, LLC, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on defendant's motion to dismiss the complaint on June 16, 2021 at 2:15 p.m. in Courtroom 21B.

        SO ORDERED.

Dated:      June 8, 2021

                                              Lewis A. Kaplan
                                  United States District Judge