**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMO ENDORSED

CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

Case No.: 1:21-cv-01317-LAK

ECF Case

           Plaintiff,

vs.

CB BRAND STRATEGIES, LLC,
CROWN IMPORTS LLC, and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-16-21
```

## NOTICE OF DEFENDANTS'
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that upon (i) the accompanying Memorandum of Law in

Support of Defendants' Motion to Dismiss the Complaint, (ii) the Declaration of Sara S. Tatum in

Support of Defendants' Motion to Dismiss the Complaint, dated, April 5, 2021, and the exhibits

annexed thereto, the undersigned will move this Court before the Honorable Lewis A. Kaplan,

United States District Judge, Courtroom 21B, Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, New York 10007 at a date and time to be determined by the Court,

for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the

Complaint, ECF No. 1, in the above-captioned action in its entirety and with prejudice and for

other and further relief the Court may deem just and proper.

While there appear to be strong arguments on both sides of the case, and they have been ably and
well presented by all counsel, the complaint states plausible claims for breach of contract and
trademark infringement. The motion to dismiss is denied in all respects.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ        6/16/21