UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2021
```

------------------------------ x
CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

    Plaintiff,

v.

CB BRAND STRATEGIES, LLC,
CROWN IMPORTS LLC, and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

    Defendants.
------------------------------ x

No. 21-CV-01317-LAK

### [~~PROPOSED~~] ORDER GRANTING MOTION TO COMPEL

Presently before the Court is Plaintiff Modelo's Motion to Compel dated October 13, 2021 [Dkt 50]. Upon consideration of the motion, the briefs and materials filed in connection therewith, *and in opposition thereto*, the arguments of counsel, and the entire record herein, the Court finds good cause to compel Defendants to produce documents in response to Request Nos. 10, 11, and 20 of Modelo's First Set of Requests for the Production of Documents. Accordingly, Modelo's Motion to Compel is **GRANTED**. Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that Defendants shall produce non-privileged documents responsive to Request Nos. 10, 11, and 20 of Modelo's First Set of Requests for the Production of Documents by November 5, 2021.

Dated: 10/18/21

_____
Hon. Lewis A. Kaplan
United States District Judge