UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/21

------------------------------------- x
CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

　　　　　Plaintiff,

　v.

CB BRAND STRATEGIES, LLC,
CROWN IMPORTS LLC, and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

　　　　　Defendants.
------------------------------------- x

No. 21-CV-01317-LAK

[PROPOSED] ORDER GRANTING IN PART MOTION TO COMPEL AMENDED ANSWERS

Presently before the Court is Plaintiff Modelo's Motion to Determine the Sufficiency of Defendants' Responses and Objections to Requests for Admission and to Compel Amended Answers dated October 26, 2021 [Dkt. 57]. Upon consideration of the motion, the briefs and materials filed in connection therewith, the arguments of counsel, and the entire record herein, the Court finds good cause to compel Defendants to amend their responses to Request Nos. 1-9 and 17-19 of Modelo's First Set of Requests for Admission. Accordingly, Modelo's Motion is GRANTED to that extent and otherwise denied. Pursuant to Rule 36(a)(6) of the Federal Rules of Civil Procedure, it is hereby ORDERED that Defendants shall amend their answers to Request Nos. 1-9 & on Modelo's First Set of Requests for Admission, to respond to those requests as written, by November 5, 2021.

Dated: 10/30/21

_____
Hon. Lewis A. Kaplan
United States District Judge