UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-16-21

---

CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

                Plaintiff,

v.

CB BRAND STRATEGIES, LLC;
CROWN IMPORTS LLC; and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

                Defendants.

Case No. 1:21-CV-01317-LAK

ECF Case

## NOTICE OF DEFENDANTS' MOTION FOR CLARIFICATION

**PLEASE TAKE NOTICE** that, at a date and time to be determined by the Court before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Defendants CB Brand Strategies, LLC, Crown Imports LLC, and Compañía Cervecera de Coahuila, S. de. R.L. de C.V. (collectively, "Defendants") will and hereby do move for an Order clarifying this Court's October 30, 2021 Order denying Defendants' Motion to Compel Plaintiff to produce documents responsive to Defendants' Request for Production No. 5 (ECF No. 60). The bases for this Motion are set forth in the concurrently filed and attached Memorandum of Law, the complete files and records in this action, and any such additional materials and arguments as may be considered by the Court.

---

**This motion is unnecessary and is denied. Nevertheless, defendants shall produce the documents they said in their October 27 letter [DI 58-1] that they would produce.**

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
11/16/21