UNITED STATES DISTRICT COURT **MEMO ENDORSED**
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

                     Plaintiff,

    v.                                  No. 21-CV-01317-LAK

CB BRAND STRATEGIES, LLC,
CROWN IMPORTS LLC, and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

                     Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2022

### NOTICE OF MODELO'S MOTION TO COMPEL PRODUCTION OF DEFENDANTS' COMMUNICATIONS WITH THE DEPARTMENT OF JUSTICE AND OTHER RELEVANT AGENCIES

**PLEASE TAKE NOTICE** that, at a date and time to be determined by the Court, before the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Plaintiff Cervecería Modelo de México, S. de R.L. de C.V. ("Modelo") will and hereby does move, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an order compelling Defendants to produce documents in response to Request No. 14 of Modelo's First Set of Requests for the Production of Documents. The bases for this Motion are set forth in the concurrently filed and attached Memorandum of Law with accompanying exhibits, the complete files and records in this action (including Modelo's First Amended Complaint (ECF No. 48)), and any such additional materials and arguments as may be considered by the Court.

Modelo certifies that Rule 37(a)(1) has been satisfied and the issues are ripe: The parties conducted meet-and-confer calls on November 9, 2021 and January 20, 2022, and exchanged letters regarding unresolved objections on December 1, 11, and 23, 2021 and January

19 and 26, 2022.  The relevant document requests and objections are attached as Exhibits A and D, respectively.

Dated: New York, New York
January 31, 2022

Respectfully submitted,

_____
Michael H. Steinberg (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067

Telephone: (310) 712-6670
Facsimile: (310) 712-8870
steinbergm@sullcrom.com

Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004

Telephone:  (212) 558-4000
Facsimile:  (212) 291-9113
deleeuwm@sullcrom.com

*Counsel for Plaintiff Cervecería Modelo de México, S. de R.L. de C.V.*

Motion denied without prejudice to renewal if this discovery dispute is not fully resolved on or before Feb. 11, 2022

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

2/3/22