UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

             Plaintiff,

v.

CB BRAND STRATEGIES, LLC,
CROWN IMPORTS LLC, and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

             Defendants.

------------------------------------- x

No. 21-CV-01317-LAK

**NOTICE REGARDING DISCOVERY MOTION AND ORDER (ECF No. 83)**

Plaintiff Cervecería Modelo de México, S. de R.L. de C.V. ("Modelo") is pleased to report to the Court that the parties have reached a resolution regarding Modelo's Motion to Compel Production of Defendants' Communications with the Department of Justice and Other Relevant Agencies (the "Motion," ECF No. 83). Following the filing of Defendants' Memorandum of Law in Opposition to Modelo's Motion (ECF No. 85), the Court denied the Motion without prejudice to renewal if the dispute was not fully resolved on or before February 11, 2022 (ECF No. 86). Defendants have agreed to produce certain documents, and the parties have reserved their rights with respect to additional discovery.

*The motion is withdrawn*

SO ORDERED.

_____
LEWIS A. KAPLAN, USDJ
2/15/22