UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CERVECERÍA MODELO DE MEXICO, S. DE
R.L. DE C.V., et ano.,

                Plaintiffs

       -against-                                 21-cv-1317 (LAK)

C.B. BRAND STRATEGIES, LLC, et al.,

                Defendants.
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022

### ORDER ON DISCOVERY MOTIONS

LEWIS A. KAPLAN, *District Judge.*

        Defendants' outstanding motions to compel additional disclosure (Dkts 87 and 109) both are denied.

        SO ORDERED.

Dated:     April 7, 2022

                                       /s/   Lewis A. Kaplan
                                       _____
                                             Lewis A. Kaplan
                                     United States District Judge