**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V. and TRADEMARKS
GRUPO MODELO, S. DE R.L. DE C.V.,

        Plaintiffs,

    v.

CB BRAND STRATEGIES, LLC, CROWN
IMPORTS LLC, and COMPAÑÍA
CERVECERA DE COAHUILA, S. DE R.L.
DE C.V.,

        Defendants.

Case No. 1:21-cv-01317-LAK

**ECF Case**

---

## NOTICE OF DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS, REPORT, AND TESTIMONY OF KENNETH G. ELZINGA

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Opinions, Report, and Testimony of Kenneth G. Elzinga, the Declaration of Mason E. Reynolds, and the exhibits annexed thereto, and all prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Judge Lewis A. Kaplan, United States District Judge, in Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order excluding the reports and testimony of Plaintiff's expert Kenneth G. Elzinga from this action and granting such other further relief as this Court may deem just and proper. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: New York, New York
       August 5, 2022

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C.
Stefan Atkinson, P.C.
Daniel R. Cellucci
Amal El Bakhar
Jenny Lee
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
daniel.cellucci@kirkland.com
amal.elbakhar@kirkland.com
jenny.lee@kirkland.com

*Counsel for Defendants*