UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CERVECERIA MODELO DE MEXICO, S. de R.L. de C.V.,

                    Plaintiff,

      -against-                                   21-cv-1317 (LAK)

C.B. BRAND STRATEGIES, L.L.C., et al.,

                    Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear argument on the pending motions for summary or partial summary judgment on November 2, 2022, at 10 a.m.

        SO ORDERED.

Dated:     September 20, 2022

                                                        _____
                                                                 Lewis A. Kaplan
                                                             United States District Judge