```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CERVECERIA MODELO DE MEXICO, S. de R.L. de C.V.,

                            Plaintiff,

            -against-                                  21-cv-1317 (LAK)


C.B. BRAND STRATEGIES, L.L.C., et al.,

                            Defendants.
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/22

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Each of the two sides shall have a total of 30 minutes for oral argument of the matters set down for November 2, 2022.

       SO ORDERED.

Dated:    October 25, 2022

/s/ Lewis A. Kaplan<br>
Lewis A. Kaplan<br>
United States District Judge