# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-17-23

January 13, 2023

Via ECF

The Honorable Lewis A. Kaplan,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY 10007.

          Re: *Cervecería Modelo de México, S. de R.L. de C.V., and Trademarks Grupo Modelo, S. de R.L. de C.V. v. CB Brand Strategies, LLC, et al.*, No. 1:21-CV-01317-LAK (S.D.N.Y.)

Your Honor:

        I write on behalf of Plaintiffs Cervecería Modelo de México, S. de R.L. de C.V. and Trademarks Grupo Modelo, S. de R.L. de C.V. ("Modelo"), pursuant to Federal Rule of Civil Procedure 5.2(d), Your Honor's Individual Rules of Practice, and Your Honor's sealing order at the November 2, 2022 robing room conference, to request leave to file under seal Modelo's letter to the Court dated January 13, 2023.

                                        Respectfully,

                                        /s/ *Michael H. Steinberg*

                                        Michael H. Steinberg

cc:    *All counsel* (via ECF)

Granted
SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
1/17/23