UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

CERVECERÍA MODELO DE MÉXICO, S. DE R.L. DE C.V. and TRADEMARKS GRUPO MODELO, S. DE R.L. DE C.V.,

    Plaintiffs,

v.

CB BRAND STRATEGIES, LLC, CROWN IMPORTS LLC, and COMPAÑÍA CERVECERA DE COAHUILA, S. DE R.L. DE C.V.,

    Defendants.

Case No. 1:21-cv-01317-LAK

ECF Case

**ORAL ARGUMENT REQUESTED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-2023

---

**NOTICE OF DEFENDANTS' MOTION TO
EXCLUDE SUMMARY JUDGEMENT ORDERS AND ANY REFERENCE THERETO**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Summary Judgement Orders and Any Reference Thereto, and all prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Judge Lewis A. Kaplan, United States District Judge, in Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order excluding this Court's Orders denying the parties' respective motions for summary judgment and any references thereto, and granting such other further relief as this Court may deem just and proper. The grounds for this motion are set forth in the accompanying Memorandum of Law.

*Granted*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

2.23.23