**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMO ENDORSED

| | |
|---|---|
| CERVECERÍA MODELO DE MÉXICO, S. DE R.L. DE C.V. and TRADEMARKS GRUPO MODELO, S. DE R.L. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> CB BRAND STRATEGIES, LLC, CROWN IMPORTS LLC, and COMPAÑÍA CERVECERA DE COAHUILA, S. DE R.L. DE C.V., <br><br> Defendants. | Case No. 1:21-cv-01317-LAK <br><br> **ECF Case** <br><br> **ORAL ARGUMENT REQUESTED** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 2-23-2023 |

**NOTICE OF DEFENDANTS' MOTION TO**
**EXCLUDE EVIDENCE FROM AND ANY REFERENCE TO**
**THE MODELO RESERVA ACTION**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Modelo Reserva Litigation, captioned *Cervecería Modelo de México, S. de. R.L. de C.V. v. CB Brand Strategies, LLC, et al.*, Case No. 1:21-CV-07316-LAK (S.D.N.Y.), and all prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Judge Lewis A. Kaplan, United States District Judge, in Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order excluding evidence from and any reference to the Modelo Reserva Litigation, and granting such other further relief as this Court may deem just and proper. The grounds for this motion are set forth in the accompanying Memorandum of Law.

*Granted*

SO ORDERED

_____
LEWIS A. KAPLAN / USDJ

2.23.23