# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 26, 2023

Via ECF

The Honorable Lewis A. Kaplan,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY 10007.

        Re:   *Cervecería Modelo de México, S. de R.L. de C.V., and Trademarks Grupo Modelo, S. de R.L. de C.V.* v. *CB Brand Strategies, LLC, et al.*, No. 1:21-CV-01317-LAK (S.D.N.Y.)

Your Honor:

        I write on behalf of Plaintiffs Cervecería Modelo de México, S. de R.L. de C.V. and Trademarks Grupo Modelo, S. de R.L. de C.V. ("Modelo"), pursuant to Federal Rule of Civil Procedure 5.2(d) and Your Honor's Individual Rules of Practice, to request leave to file under seal Modelo's letter to the Court dated February 26, 2023.

        The sealed document relates to a matter the parties agreed in writing would be treated as confidential, and is more fully described in Modelo's letter. In order to honor its commitment to keep this information confidential, Modelo respectfully requests that its motion for leave to file under seal be granted.

        Respectfully,

        /s/ *Michael H. Steinberg*

        Michael H. Steinberg

(Enclosures)

cc:    *All counsel* (via ECF)

SO ORDERED

LEWIS A. KAPLAN, USDJ
2/27/23