# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-27-23

February 27, 2023

Via ECF

The Honorable Lewis A. Kaplan,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
        New York, NY 10007.

      Re:  *Cervecería Modelo de México, S. de R.L. de C.V., and Trademarks Grupo Modelo, S. de R.L. de C.V.* v. *CB Brand Strategies, LLC, et al.*, No. 1:21-CV-01317-LAK (S.D.N.Y.)

Your Honor:

      I write on behalf of Plaintiffs Cervecería Modelo de México, S. de R.L. de C.V. and Trademarks Grupo Modelo, S. de R.L. de C.V. ("Modelo"), pursuant to Federal Rule of Civil Procedure 5.2(d), Paragraphs 5.1 and 6.2 of the Stipulated Protective Order and Confidentiality Stipulation ("Protective Order," ECF No. 47), and Your Honor's Individual Rules of Practice, to request leave to file under seal Modelo's February 27, 2023 opposition to Defendants' letter motion (ECF No. 522), and certain exhibits attached thereto.

      Under the Protective Order, the parties may designate certain documents as "Confidential" or "Highly Confidential" and restrict their dissemination and disclosure. (*See* Protective Order ¶¶ 1.1, 1.2.) If a court filing contains, paraphrases, summarizes, or otherwise discloses "Confidential" or "Highly Confidential" material, it must be filed under seal. (*Id.* ¶ 5.1.)[1]

---

[1] "Any court filing containing, paraphrasing, summarizing, or otherwise disclosing Confidential or Highly Confidential Material must be filed under seal in compliance with the Local Rules of the United States Court for the Southern District of New York and Rules 1 and 2 (pp. 4-5) of Judge Kaplan's Individual Rules." (Protective Order ¶ 5.1.)

The Honorable Lewis A. Kaplan -2-

The sealed or redacted documents include the following categories of confidential documents:

- Documents that were produced and designated Confidential or Highly Confidential pursuant to the Protective Order; and

- Deposition testimony from fact witnesses that have been designated Confidential or Highly Confidential in whole or in part.

In order to summarize the relevant facts and legal issues, Modelo believes it needs to reference the above-listed document in its letter. For the foregoing reasons, Modelo respectfully requests that its motion for leave to file under seal be granted.

Respectfully,

/s/ *Michael H. Steinberg*

Michael H. Steinberg

(Enclosures)

cc: *All counsel* (via ECF)

Granted

SO ORDERED

LEWIS A. KAPLAN (USDJ) 2/27/23