# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Sandra C. Goldstein, P.C.
To Call Writer Directly:
+1 212 446 4779
sandra.goldstein@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

February 27, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-27-2023

**VIA CM/ECF**

Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cervecería Modelo de México, S. de R.L. de C.V., et al. v. CB Brand Strategies, LLC, et al.*, Case No. 1:21 Civ. 01317-LAK (S.D.N.Y.)

Dear Judge Kaplan:

We represent Defendants CB Brand Strategies, LLC, Crown Imports LLC, and Compañia Cervecera de Coahuila, S. de R.L. de C.V. ("Defendants") in the above-captioned action. In accordance with Your Honor's Individual Rules of Practice, we write to respectfully request authorization to seal/redact portions of Defendants' forthcoming letter motion (the "Letter Motion"), which will be filed Monday, February 27, 2023 in accordance with the Court's December 19, 2022 Order (ECF No. 263). The Letter Motion includes the following categories of confidential information:

- excerpts of deposition testimony from depositions of fact witnesses in this case, portions or the entirety of which have been designated Confidential or Highly Confidential by a party, and references to Highly Confidential and/or Confidential documents;

- expert reports from experts disclosed by Plaintiffs or Defendants in this case, portions or the entirety of which have been designated Confidential or Highly Confidential under the Stipulated Protective Order and Confidentiality Agreement (ECF No. 47) (the "Protective Order"); and

- references to privileged information and the parties' prior correspondence regarding privilege information.

While there is a presumption of public access to judicial documents, courts have "considerable discretion in determining whether good cause exists to overcome the presumption

# KIRKLAND & ELLIS LLP

Honorable Lewis A. Kaplan, U.S.D.J.
February 27, 2023
Page 2

of open access to documents." *Geller v. Branic Int'l Realty Corp.*, 212 F.3d 734, 738 (2d Cir. 2000). In exercising such discretion, courts must balance various factors, including "the competing interests of public access against the privacy interests of the parties." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006); *see also* Fed. R. Civ. P. 26. Courts routinely grant requests to seal where the presumption of public access is outweighed by the privacy interests of the parties. *Lugosch*, 435 F.3d at 119. Under these circumstances, the balancing test weighs in favor of sealing/redacting confidential portions of the Letter Motion.

Pursuant to Your Honor's Individual Practices, we will enclose full, unredacted versions of the Exhibits. Defendants also respectfully request the Court's permission to file public versions of the Letter Motion within 7 days of the under-seal filing.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Sandra Goldstein*
Sandra C. Goldstein, P.C.

Granted
[signature]
2/27/23