**MEMO ENDORSED**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Sandra C. Goldstein, P.C.
To Call Writer Directly:
+1 212 446 4779
sandra.goldstein@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 3-8-2023

March 7, 2023

**VIA CM/ECF**
Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Cervecería Modelo de México, S. de R.L. de C.V., et al. v. CB Brand Strategies, LLC, et al.*, Case No. 1:21 Civ. 01317-LAK (S.D.N.Y.)

Dear Judge Kaplan:

    We represent Defendants CB Brand Strategies, LLC, Crown Imports LLC, and Compañia Cervecera de Coahuila, S. de R.L. de C.V. ("Defendants") in the above-captioned action. We write to request leave for the use of a live Spanish to English interpreter during the trial testimony of Defendants' witness, Fernando Aguirre.

    Mr. Aguirre is proficient in English but is a native Spanish speaker. Mr. Aguirre is comfortable being examined and offering testimony in English. As a precautionary measure, however, Defendants seek leave of the Court for a federally certified court interpreter to stand by and offer Mr. Aguirre assistance should the need arise while Mr. Aguirre is testifying. Defendants have arranged for interpreter services to be provided by Manuel Castro, who is a federally certified court interpreter. Plaintiffs do not oppose this request.

                            Respectfully submitted,

                            */s/ Sandra C. Goldstein*
                            Sandra C. Goldstein, P.C.

*Granted*

Dated: March 8, 2023

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.