# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

1888 Century Park East
Los Angeles, California 90067-1725

NEW YORK • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

## MEMO ENDORSED



March 7, 2023

Via ECF

The Honorable Lewis A. Kaplan,
   United States District Court for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

         Re:   *Cervecería Modelo de México, S. de R.L. de C.V., and Trademarks Grupo Modelo, S. de R.L. de C.V. v. CB Brand Strategies, LLC, et al.*, No. 1:21-CV-01317-LAK (S.D.N.Y.)

Your Honor:

      I write on behalf of Plaintiffs Cervecería Modelo de México, S. de R.L. de C.V. and Trademarks Grupo Modelo, S. de R.L. de C.V. ("Modelo"), pursuant to Federal Rule of Civil Procedure 5.2(d), Paragraphs 5.1 and 6.2 of the Stipulated Protective Order and Confidentiality Stipulation ("Protective Order," ECF No. 47), and Your Honor's Individual Rules of Practice, to request leave to file under seal Modelo's March 7, 2023 letter regarding Modelo's request to exclude Michael Lurie, and certain exhibits attached thereto.

      Under the Protective Order, the parties may designate certain documents as "Confidential" or "Highly Confidential" and restrict their dissemination and disclosure. (*See* Protective Order ¶¶ 1.1, 1.2.) If a court filing contains, paraphrases, summarizes, or otherwise discloses "Confidential" or "Highly Confidential" material, it must be filed under seal. (*Id.* ¶ 5.1.)[1]

SO ORDERED

*Granted*

LEWIS A. KAPLAN, USDJ
3/15/23

---

[1]   "Any court filing containing, paraphrasing, summarizing, or otherwise disclosing Confidential or Highly Confidential Material must be filed under seal in compliance with the Local Rules of the United States Court for the Southern District of New York and Rules 1 and 2 (pp. 4-5) of Judge Kaplan's Individual Rules." (Protective Order ¶ 5.1.)