**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CERVECERIA MODELO DE MEXICO,
S. de R.L. de C.V., et al.,

                     Plaintiffs,                    21 **CIVIL** 1317 (LAK)

         -against-                           **JUDGMENT**

CB BRAND STRATEGIES, L.L.C., et al.,
                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury

Trial before the Honorable Lewis A. Kaplan, United States District Judge, the jury having

returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
          March  15 , 2023

                                           **RUBY J. KRAJICK**

So Ordered:                                 **Clerk of Court**

                                    **BY:**   K. mango
**U.S.D.J.**

                                            **Deputy Clerk**